OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701   $ 000.27⁵
02 1W
0001401603 JUN. 03. 2015

6/3/2015

LOPEZ, MICHAEL OMAR    Tr. Ct. No. 12CR1981-W2              WR-82,275-02

This is to advise that the Court has denied without written order motion for leave to file the original application for writ of mandamus.

Abel Acosta, Clerk

MICHAEL OMAR LOPEZ
FERGUSON UNIT - TDC # 1822698
12120 SAVAGE DR.
MIDWAY, TX 75852                                    I A